FORDHARRISON

300 Connell Drive | Suite 4100
Berkeley Heights, New Jersey 07922
Tel 973-646-7300 | Fax 973-646-7301

Writer's Direct Contact:

STEPHEN OLIWA
973-646-7313
SOliwa@fordharrison.com

November 24, 2026

The request is GRANTED. The initial pretrial conference is adjourned to December 17, 2026 at 2:30 pm ET.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 25, 2026

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

***Re: Solisha Fischetti v. Bochner, PLLC., Docket No: 1:26-cv-7387-AS***

Your Honor:

Pursuant to Your Honor's Individual Practices and Procedures, and with the consent of Plaintiff's counsel, Defendant respectfully requests an adjournment of the initial conference currently scheduled for December 3, 2026.

This is the first request for an adjournment or extension of this date. There have been no previous requests, and the date of the next scheduled appearance and any other existing deadlines are not affected, as none are currently set other than the initial conference.

Good cause exists for the requested adjournment. The initial conference is currently scheduled before Defendant has had an opportunity to file a responsive pleading. The Notice of Initial Conference was issued before the waiver of service was returned executed on October 8, 2026. As a result, Defendant's deadline to respond to the Complaint was moved to December 7, 2026, which falls after the currently scheduled conference.

The requested adjournment is made in good faith and not for purposes of delay. No party will be prejudiced by the requested relief.

We thank the Court for its consideration.

**VIA ECF**

Hon. Arun Subramanian
November 24, 2026

Respectfully submitted,

**NESENOFF & MILTENBERG, LLP.**

*/s/ Gabrielle Vinci*
Gabrielle Vinci
Nesenoff & Miltenberg, LLP
363 Seventh Ave, 5h Floor
New York, New York 10001
Telephone: (212) 736-4500
gvinci@nmllplaw.com
Attorneys for Plaintiff

**FORDHARRISON LLP**

*/s/ Stephen A. Oliwa*
Stephen A. Oliwa
300 Connell Drive, Suite 4100
Berkeley Heights, New Jersey 07922
Telephone: (973) 646-7300
nfalcey@fordharrison.com
Attorneys for Defendant

SO ORDERED:

____________________________
HON. Arun Subramanian

Enc.